160 A.3d 789

**Jeffrey A. WRIGHT**

v.

**LOWER SALFORD TOWNSHIP MUNICIPAL POLICE PEN-SION FUND, Lower Salford Township Board of Supervisors, Lower Salford Township Municipal Police Pension Fund Trustees and Standard Insurance Company**

Petition of: **Lower Salford Township Municipal Police Pension Fund, Lower Salford Township Board of Supervisors and Lower Salford Township Municipal Police Pension Fund Trustees**

**No. 294 MAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.